632

No. 796.   COLEMAN ET AL. v. MILLER, SECRETARY, ET AL. March 28, 1938.   Petition for writ of certiorari to the Supreme Court of Kansas granted.   *Mr. Robert Stone* for petitioners.   By leave of Court, *Attorney General Cummings* filed a memorandum on behalf of the United States as *amicus curiae,* in support of the decision below.

No. 802.   GREAT NORTHERN RAILWAY CO. ET AL. v. LEONIDAS.   March 28, 1938.   Petition for writ of certiorari to the Supreme Court of Montana granted.   *Messrs. R. E. L. Smith* and *Taylor B. Weir* for petitioners.   *Mr. Lester H. Loble* for respondent.

No. 811.   GUARANTY TRUST CO., EXECUTOR, v. VIRGINIA.   March 28, 1938.   Petition for writ of certiorari to the Supreme Court of Appeals of Virginia granted. *Mr. Jas. R. Caskie* for petitioner.   *Messrs. Abram P. Staples, W. W. Martin,* and *Henry R. Miller, Jr.* for respondent.

No. 814.   VALLI ET AL. v. UNITED STATES.   March 28, 1938.   Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted.   *Mr. Essex S. Abbott* for petitioners.   *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for the United States.

No. 782.   ZERBST, WARDEN, v. KIDWELL;
No. 783.   SAME v. SMITH;
No. 784.   SAME v. COLLINS;